Terry E. Sanchez (State Bar No. 101318)
Rachel L. Stein (State Bar No. 257411)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED

Jeffrey K. Compton (State Bar No. 142969)
MARKUN ZUSMAN & COMPTON
17383 W. Sunset Blvd., Suite A380
Pacific Palisades, CA 90272
Telephone: (310) 454-5900
Facsimile: (310) 454-5970

Attorney for Plaintiff KARUNA RAIZADA

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KARUNA RAIZADA,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED; and DOES 1-150, inclusive,<br><br>Defendants. | CASE NO. SACV 10-521-AG(MANx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

1 | WHEREAS, Plaintiff Karuna Raizada and Defendant Merrill Lynch, Pierce,
2 | Fenner & Smith Inc. filed a Request For Dismissal With Prejudice; and
3 | WHEREAS, in the Request for Dismissal With Prejudice, the parties
4 | requested that this matter be dismissed, effective as of the date of the filing of the
5 | Request, with prejudice and with each party bearing its own attorneys' fees and
6 | costs;
7 | PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT
8 | this matter is DISMISSED in its entirety with prejudice, with each party bearing its
9 | own attorneys' fees and costs,

DATED: May 31, 2011

_____
The Honorable Andrew J. Guilford
United States District Judge